THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCIS W. MUEHLFELDT, Appellant.

(Argued June 13, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered June 12, 1912, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Isadore Cohen, Aaron J. Levy* and *George R. Simpson* for appellant.

*Charles S. Whitman, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ. Taking no part: HISCOCK, J.